# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REC SOLAR GRADE SILICON LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHAW GROUP, INC., and SHAW PROCESS FABRICATORS, INC.,<br><br>                    Defendants. | Case No.   CV-09-188-RMP<br><br>CIVIL MINUTES<br><br>DATE:  8/21/2012<br><br>LOCATION:    SPOKANE<br><br>REASONABLENESS HEARING |

| | CHIEF JUDGE ROSANNA MALOUF PETERSON | |
|---|---|---|
| Cindy Parks<br>**Courtroom Deputy** | Joanna Wilson-Choi<br>**Law Clerk** | Mark Snover<br>**Court Reporter** |
| Brendan Winslow-Nason<br>William F. Knowles<br><br>**Counsel for Intervener North American Specialty Ins. Co.** | | Todd C. Hayes<br>James D. O'Connor<br><br>**Counsel for Shaw Group and Shaw Process Fabricators** |

**[X]   In Court**

Argument by Mr. Hayes
Argument by Mr. Knowles
Argument by Mr. O'Connor

**Court:**   written order will be forthcoming

*[X] ORDER FORTHCOMING*

| **CONVENED:  9:00 AM** | **ADJOURNED:  9:21 AM** | **TIME:      21 MIN** | |
|---|---|---|---|